## Citizens' National Bank of New Castle *v.* Hileman, Appellant.

Argued Oct. 10, 1911.   Appeal, No. 138, Oct. T., 1911, by defendant, from order of C. P. Lawrence Co., Sept. T., 1910, No. 203, discharging rule to strike off judgment in case of The Citizens' National Bank of New Castle, Pa. v. E. E. Hileman, Chas. C. Hileman and A. C. Hileman.   Before FELL, C. J., BROWN, MESTREZAT, POTTER, ELKIN, STEWART and MOSCHZISKER, JJ.   Reversed.

*Robert K. Aiken,* with him *Akens, Wilkinson, Lockhart & Chambers,* for appellants.

*James A. Gardner,* with him *E. T. Kurtz,* for appellee.

OPINION BY MR. JUSTICE POTTER, February 5, 1912:

The question involved in this appeal is precisely the same as that at   No. 139 October Term 1911, 233 Pa. 432, in which an opinion has been handed down.   For the reasons therein set forth, the order of the court below in this case is reversed, and it is ordered that the judgment be stricken off.